# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09CR00241 ERW |
| **NYGUYEN WATTS,** | ) |
| **PIA WATTS,** | ) |
| Defendants. | ) |

## ORDER RELATING TO TRIAL

This matter comes before the Court on Motion to Continue Trial Setting [doc. #25] by Defendant Nyguyen Watts. Co-defendant Pia Watts has filed a Notice to Court [doc. #27] joining in this Motion and counsel for the Government has consented to this request. Defendants have each agreed to file with this Court a signed Waiver of Speedy Trial agreeing to the continuance of the trial setting in this matter.

Defendants are charged in a four-count indictment for conspiracy relating to identity theft, aggravated identity theft, and production of false identification documents. Counsel for defendants seek additional time to review discovery documents and confer with their clients prior to the deadline for filing pretrial motions as set forth by the magistrate judge.

This Court, upon careful consideration and on review of the record, finds that the ends of justice would be served by continuing the trial setting to **July 13, 2009**, and that a continuance of these proceedings outweighs the best interest of the public and the Defendants in a speedy trial. Furthermore, failure to grant a continuance would deny counsel for the government and defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court concludes that a miscarriage of justice will result to the Defendants unless a continuance is granted taking into account the time needed to process pretrial motions.

Accordingly,

**IT IS HEREBY ORDERED** that within the guidelines set forth by the Speedy Trial Act, 18 U.S.C. 3161, the Motion to Continuance Trial Setting [doc. #25] is **GRANTED**. The Jury Trial as to both Defendants is reset to **July 13, 2009**, at **8:30 a.m.**

**IT IS FURTHER ORDERED** that no later than **April 29, 2009**, each Defendant shall file with this Court a signed Waiver of Speedy Trial.

So Ordered this 22nd Day of April, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE